# UNITED STATES COURT OF APPEALS

## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604
December 14, 2005


Hon. JOEL M. FLAUM, Chief Judge

Hon. DANIEL A. MANION, Circuit Judge

Hon. TERENCE T. EVANS, Circuit Judge


| | |
|---|---|
| Thomas J. Moriarty, Trustee on Behalf of the Local Union No. 727, I.B.T. Pension Trust, and the Teamsters Local Union No. 727 Health and Welfare Trust, <br><br>        Plaintiff-Appellee, Cross-Appellant, <br><br> Nos. 03-1699 and 03-1743     v. <br><br> JAMES F. SVEC, individually and doing business as SVEC & SONS FUNERAL HOME and doing business as WEST SUBURBAN LIVERY, <br><br>        Defendant-Appellant, Cross-Appellee. | ] <br> ] <br> ] Appeals from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 96-C-7392 <br> ] <br> ] George W. Lindberg, <br> ] Judge. <br> ] <br> ] <br> ] |


### O R D E R

The opinion issued in the above-entitled case on November 21, 2005, is hereby amended as follows:

On Page 8, the last paragraph, lines 5-7 should be replaced with:

> requested in prior relevant arguments before this Court
> and the district court.  Svec may not now reverse course
> and adopt a contrary position. The...